IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL L. HALL, | ) |
| Plaintiff, | ) |
| vs. | ) CV 03-S-3109-S |
| WARDEN STEPHEN BULLARD, COMMISSIONER DONAL CAMPBELL, PAUL WHALEY, ROMA ROBINSON, CLASSIFICATION SPECIALIST BAILEY, CAPTAIN JIMMY RICHBERG, LIEUTENANT GLEN W. MARTIN, SERGEANT KATRINA MOOR, OFFICER DANIEL YANCY, CAPTAIN JOE TEW, and WARDEN LEEPOSEY DANIELS, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 12, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.



DATED this __8th__ day of __April__, 2004.

_____
UNITED STATES DISTRICT JUDGE